# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Marcus & Millichap Real Estate Investment Services Inc. and Marcus & Millichap Real Estate Investment Services of Chicago, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Tony Sekulovski, <br><br> Defendant. | Case No. 07-C-5369 <br><br> Judge Harry D. Leinenweber <br><br> Magistrate Judge Arlander Keyes |

### AFFIDAVIT OF TONY SEKULOVSKI

I, Tony Sekulovski, state as follows:

1. On October 15, 2009, I received an email from Mark Luttner. A true and accurate print out of the email is attached as Exhibit "1."

2. I did not respond to the email from Mr. Luttner.

_____
Tony Sekulovski

Sworn to and subscribed before me this 22nd day of October, 2009.

Veronica B. Winter
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
July 16, 2013

_____
NOTARY PUBLIC



**Resent-From:** tony@sekulovskigroup.com
**From:** mark@luttnerretail.com
**Date:** October 15, 2009 5:43:17 PM EDT
**Resent-To:** sekulovskigroup@mac.com
**To:** tony@sekulovskigroup.com
**Subject: mm**

Yo bitch! Word is you lost on all issues with MM. HA I told you you should have left with me. Kerin is going back on his agreement to pay my legal bills that fuck got what he wanted from me and now telling me to fuck off. He knows I cant sue them because of my separation agreement, but they can't sue me either. How about if I help you in exchage for 200,000. I will tell everyone the truth and that I lied. You would have to sign somting that you can't sue me though

